AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

JAMES D. OFELDT,

      Plaintiff,           JUDGMENT IN A CIVIL CASE
V.

                              CASE NUMBER:   3:10-cv-0420-LRH-VPC

STATE OF NEVADA, et al.,

      Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the Complaint is DISMISSED WITH PREJUDICE.


 October 12, 2010                                        **LANCE S. WILSON**
     Date                                                      Clerk

                                                           /s/   M. Campbell
                                                             Deputy Clerk